# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** May 13, 2021

**CASE OF:** HECTOR SANCHEZ-TORRES V. STATE OF FLORIDA

**DOCKET NO.:** SC19-211     **OPINION FILED:** March 12, 2020

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 9, last line, "evidence presented at the evidentiary hearing" was changed to "record."
On page 11, line 6, "at the evidentiary hearing" was deleted.
On page 11, line 12, "at the evidentiary hearing as well, stating" was deleted.
On page 12, lines 4-5, "at the evidentiary hearing" was deleted.
On page 13, line 5, "evidence presented at the evidentiary hearing fails to" was changed to "record does not."

**SIGNED: OPINION CLERK**